UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:16-CR-64-1 |
| | ) | | Judge Phillips |
| TONYA DAWN LINEAR | ) | | |

## **MEMORANDUM AND ORDER**

Defendant Tonya Dawn Linear has filed a petition for early termination of supervised release[1] [Doc. 31]. In support of her motion, Defendant states that she has completed 1 year and 11 months of her 3-year term of supervised release, and has paid her special assessment. Defendant states that she is currently living, and caring for, her father, who is ill. Defendant further states that, since her release from prison, she has not been any legal trouble, has passed all drug tests, and has attended all doctor appointments and taken all prescribed medication.

The record reflects that Defendant pled guilty to one count of possession of counterfeit treasury notes, in violation of 18 U.S.C. § 473. On January 18, 2017, Defendant was sentenced to a term of imprisonment of 12 months and 1 day, to be followed by a three-year term of supervised release [Doc. 28].

The United States Probation Office states that Defendant began her term of supervision on August 11, 2017, and she has served over two years of her three-year term.

---

[1]Although defendant's motion requests an early release from "supervised probation," the record reflects that she was sentenced to, and is currently serving, a term of supervised release [*see* Doc. 28].

The probation office has had no compliance issues with Defendant and do not object to her request for early termination. Similarly, the government does not oppose Defendant's request for early termination.

After considering the factors set forth 18 U.S.C. § 3553(a), the Court may terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After carefully considering the requirements of the statute, the Court finds the relevant portions of 18 U.S.C. § 3553(a) support an early termination of Defendant's supervised release. In support of this determination, the Court notes that Defendant has completed more than two years of her term of supervised release, and she has been in full compliance with the conditions of her supervision. Defendant has maintained a stable residence and passed all drug tests. In addition, her supervising probation officer and the government do not oppose the request. It appears to the Court that Defendant has rehabilitated herself and she poses no threat to any individual or the community to reoffend. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), based on the defendant's conduct and the interests of justice, Defendant's motion for early termination of supervised release [Doc. 31] is **GRANTED.** Defendant's term of supervised release is **TERMINATED.**

**IT IS SO ORDERED.**

                                        s/ Thomas W. Phillips
                                   SENIOR UNITED STATES DISTRICT JUDGE